```
AARON D. FORD
  Attorney General
JONATHAN J. TEW, Bar No. 11874
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701-4717
(775) 684-1214 (phone)
Email: jtew@ag.nv.gov
```

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL SNEED,<br><br>           Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.,*<br><br>           Defendants. | Case No. 3:24-cv-00586-MMD-CLB<br><br>**ORDER GRANTING INTERESTED PARTY NEVADA DEPARTMENT OF CORRECTIONS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br>**(ECF No. 6)** |

Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jonathan J. Tew, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby request an extension of time to file the Response to Plaintiff's Motion for Preliminary Injunction. (ECF No. 6)  This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     ARGUMENT**

The Interested Party respectfully request an extension of time out from the current deadline (January 30, 2025) to file the Joint Pretrial Order in this matter.  This Court ordered the Interested Party to provide a Response to the Motion by January 30, 2025. (ECF No. 16)  Counsel for the Interested Party has had a serious family issue that has required him to be out of the office, unexpectedly.  The other

attorneys in the Northern office are unable to complete the response at this last minute. This request is not for the purpose of delay and will not significantly delay the proceedings.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:
> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The Interested Party's request is timely and will not hinder or prejudice Plaintiff's case but will allow the Interested Party to provide a complete response to the Motion for Preliminary Injunction. The Interested Party asserts that the requisite good cause is present to warrant the requested extension of time. Therefore, the Defendants request an extension, until **February 14, 2025**, to submit the Response to Plaintiff's Motion for Preliminary Injunction

DATED this 30th day of January 2025.

        AARON D. FORD
        Attorney General

        By: _____ for
        Jonathan J. Tew, Bar No. 11874
        Deputy Attorney General

        *Attorneys for Interested Party*

**IT IS SO ORDERED.**

**DATED:** January 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE