UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMAL SNEED, | Case No. 3:24-cv-00586-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On February 20, 2025, *pro se* Plaintiff Jamal Sneed filed a notice of voluntary dismissal. (ECF No. 24.) As a result, the Clerk of Court closed this case. Four days later, Sneed filed a motion to withdraw his notice of voluntary dismissal. (ECF No. 25 ("Motion").) The Court construes the Motion as a request to reopen the case. Although Sneed did not provide any explanation in the filings, the Court will grant Plaintiff's Motion and reopen this case in light of his *pro se* status and the recent hearing (ECF No. 23).

It is therefore ordered that Plaintiff's motion to withdraw his notice of voluntary dismissal (ECF No. 25) is granted.

The Clerk of Court is kindly directed to reopen this case.

It is further ordered that all the previous deadlines that the Court issued in this case are reinstated.

DATED THIS 24th Day of February 2025.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE