**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL SNEED,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendant(s). | 3:24-cv-00586-MMD-CLB<br><br>**ORDER TO PRODUCE** |

An Evidentiary Hearing is scheduled to commence in this case on **Friday, April 18, 2025**, at **9:00 a.m.**, in Courtroom No. 1 on the 4th Floor of the Bruce R. Thompson U.S. Courthouse at 400 S. Virginia Street, Reno, Nevada 89501 before United States Magistrate Judge Carla Baldwin.

The Office of the Attorney General shall arrange for the physical presence of Plaintiff Jamal Sneed, #1058430 for the purpose of participating in person for the duration of the evidentiary hearing.

**IT IS SO ORDERED.**

DATED: March 4, 2025.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE