# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMAL SNEED,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 3:24-CV-00586-MMD-CLB<br><br>**ORDER STRIKING MOTION TO INFORM**<br><br>[ECF No. 48] |

On March 12, 2025, the Court granted Plaintiff Jamal Sneed's ("Sneed") motion to for appointment of counsel. (ECF No. 43.) On March 17, 2025, the Court appointed Andrew Lagomarsino as counsel, (ECF No. 44.) and Mr. Lagomarsino entered appearance on the Court's docket on March 19, 2025, (ECF No. 47). On March 20, 2025, Mr. Sneed filed a "motion to inform" regarding his recent placement in suicide watch and current medical condition. (ECF No. 48.)

Per local rule IA 11-6:

Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

Because Sneed has been appointed counsel and Mr. Lagomarsino has entered his appearance, the Court must strike Sneed's "motion to inform." The Court reminds Sneed that he has been appointed counsel, should refrain from personally filing any documents with the court, and to communicate with Mr. Lagomarsino going forward regarding his medical circumstances.

///

///

For all of these reasons, **IT IS ORDERED** that Sneed's filing, (ECF No. 48) is hereby **STRICKEN**.

**DATED**: March 21, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**