AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMAL SNEED, an individual;

Plaintiff,

vs.

KENNETH WILLIAMS, an individual; JOHN HENLEY, an individual; DAVID FENNELL, an individual; SAM BUTLER, an individual; and THEODORE PARENTO, an individual;

Defendants.

CASE NO.: 3:24-cv-00586-MMD-CLB

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**

[ECF No. 73]

IT IS HEREBY STIPULATED AND AGREED between the parties, in accordance with LR 26-3 and LR IA 6-1, that the discovery deadlines in this matter be continued for a period of sixty (60) days from the Court's prior Order (ECF No. 61). This Stipulation is supported by good cause and excusable neglect, is the Parties' third request, and is not for the purpose of delay.

## I. DISCOVERY COMPLETED TO DATE

The parties have completed the following discovery to date:

- Disclosure of Documents:
  - The Parties exchanged their initial Rule 26 Disclosures.
  - Plaintiff served his first supplemental disclosures on November 20, 2025.
  - Plaintiff served his second supplemental disclosures on January 7, 2026.
  - Plaintiff served his third supplemental disclosures on June 17, 2026.
  - Defendants served their second supplemental disclosures on June 29, 2026.
  - Plaintiff served his fourth supplemental disclosures on July 1, 2026.
  - Plaintiff served his fifth supplemental disclosures on July 3, 2026.
  - Defendants served their third supplemental disclosures on July 10, 2026.
  - Plaintiff served his sixth supplemental disclosures on August 6, 2026.

- Written Discovery:
  - Plaintiff served an initial set of discovery (interrogatories and requests for production of documents) to Defendant Fennell on December 15, 2025. Defendant Fennell's responses were served on Plaintiff on February 17, 2026.
  - Defendant Fennell served supplemental responses to Plaintiff's interrogatories on April 6, 2026.
  - Defendant Fennell served supplemental responses to Plaintiff's requests for production on May 13, 2026.
  - Plaintiff served an initial set of discovery (interrogatories and requests for production of documents) to Defendant Williams on December 15, 2025. Defendant Williams's responses were served on Plaintiff on January 26, 2026.
  - Defendant Williams served supplemental responses to Plaintiff's interrogatories on April 8, 2026.
  - Defendant Williams served supplemental responses to Plaintiff's requests for production on May 13, 2026.
  - Plaintiff served an initial set of discovery (interrogatories) to Defendant Butler on December 15, 2025. Defendant Butler's responses were served on Plaintiff on March 5, 2026.
  - Defendant Butler served supplemental responses to Plaintiff's interrogatories on April 7, 2026.
  - Plaintiff served an initial set of discovery (interrogatories) to Defendant Parento on December 15, 2025. Defendant Parento's were served on Plaintiff on January 23, 2026.
  - Defendant Parento served supplemental responses to Plaintiff's interrogatories on April 8, 2026.
  - Plaintiff served an initial set of discovery (interrogatories) to Defendant Henley on December 15, 2025. Defendant Henley's responses were served on Plaintiff on January 23, 2026.
  - Defendant Henley served supplemental responses to Plaintiff's interrogatories on April 1, 2026.
  - Plaintiff served a second set of discovery (interrogatories) to Defendant Fennell on May 7, 2026. Defendant Fennell's responses were served on Plaintiff on June 29, 2026.
  - Defendant Fennell served supplemental responses to Plaintiff's interrogatories on July 10, 2026.
  - Plaintiff served a second set of discovery (interrogatories) to Defendant Butler on May 7, 2026. Defendant Butler's responses were served on Plaintiff on July 10, 2026.
  - Plaintiff served a second set of discovery (request for production) to Defendant Williams on May 7, 2026. Defendant Williams' responses were served on Plaintiff on June 29, 2026.
  - Defendant Williams served supplemental responses to Plaintiff's request for production on July 10, 2026
  - Plaintiff served a second set of discovery (request for production) to Defendant Henley on May 7, 2026. Defendant Henley's responses were served on Plaintiff on June 29, 2026.

  - Plaintiff served a second set of discovery (request for production) to Defendant Parento on May 7, 2026. Defendant Parento's responses were served on Plaintiff on June 29, 2026.
  - Plaintiff served a third set of discovery (request for admissions) on Defendant Henley on July 2, 2026. Defendant Henley's responses were served on Plaintiff on August 3, 2026.
  - Plaintiff served a third set of discovery (request for admissions) on Defendant Williams on July 2, 2026. Defendant Williams' responses were served on Plaintiff on August 3, 2026.

- Depositions:
  - Plaintiff deposed Defendant Henley on June 15, 2026.
  - Plaintiff deposed Defendant Parento on July 8, 2026.
  - Plaintiff deposed Defendant Fennell on July 20, 2026.

## II. DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- depositions of the named parties, including 30(b)(6) depositions;
- depositions of witnesses identified by the parties;
- subpoenas to third-party witnesses;

The Parties reserve the right to conduct additional discovery as permitted by the Federal Rules of Civil Procedure.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

On May 29, 2026, the parties filed their second request for an extension of discovery deadlines. ECF No. 71. The parties' second request was granted by this Court on that same day. ECF No. 72. Since then, the parties have continued to move this case forward and engaged in settlement discussions, which were unsuccessful.

The parties now jointly request a third extension of the discovery deadlines to allow for the fair and orderly completion of discovery in light of the Defendant's exigent circumstances. Defendant's lead counsel, Deputy Attorney General Kyle Hill, was unexpectedly placed on emergency FMLA leave for the month of June 2026. This required other attorneys within the Office of the Attorney General to assume responsibility for the matter, review the case file, and become familiar with the procedural posture, pending deadlines, and discovery needs of the case. Further, undersigned counsel has been having medical issues causing her to take leave from the

office. She is currently scheduled for a surgical procedure on August 12, 2026 and will be taking further medical leave to recover.

Parties have been actively exchanging discovery since the Courts last order for extension, however, through two different Meet and Confers, one on June 30, 2026 and another on July 21, 2026, the parties have identified a need for further discovery and disclosures.

These issues constitute a showing of good cause and this extension is not for undue delay.

The parties acknowledge that this is being filed after the July 20, 2026 deadline, but respectfully state that excusable neglect is present here. Deputy Attorney General Kyle Hill took emergency FMLA leave, which caused the attorneys in the Office of the Attorney General to immediately work to cover the discovery requests due to Plaintiff. Undersigned counsel having ongoing medical issues, along with being scheduled for surgery on August 12, 2026, has further caused delays in the discovery process. While the Parties worked diligently to file prior to July 20, 2026, given the work demands of all parties, and while the Office of the Attorney General was still processing the mandatory and immediate deadlines of DAG Hill's cases, a delay in finalizing this stipulation occurred. The Office of the Attorney General apologizes for those delays, appreciates Plaintiff's understanding, and apologizes to this Court and respectfully requests that this Court take this explanation as supporting excusable neglect in this instance.

## IV. PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order granting this extension of discovery deadlines, as follows:

| | **Current** | **Proposed** |
|---|---|---|
| Deadline to Move to Amend Pleadings | CLOSED | CLOSED |
| Deadline for Initial Expert Disclosures | CLOSED | CLOSED |
| Deadline to Serve Discovery | 07/13/26 | Friday, September 11, 2026 |
| Deadline for Rebuttal Expert Disclosures | CLOSED | CLOSED |
| Deadline to Move to Extend Discovery | 07/20/26 | Friday, September 18, 2026 |
| Deadline to Respond to Discovery[1] | 08/10/26 | Friday, October 9, 2026 |
| Discovery Deadline | 08/10/26 | Friday, October 9, 2026 |

[1] The deadline to respond to discovery is 30 days after service, but no later than this date.

| | | |
|---|---|---|
| Deadline to File Discovery Motions | 08/24/26 | Friday, October 23, 2026 |
| Dispositive Motion Deadline | 09/11/26 | Monday, November 9, 2026 |
| Joint Pre-Trial Order Deadline[2] | 10/12/26 | Friday, December 11, 2026 |

**IT IS SO STIPULATED AND AGREED.**

DATED this 6th day of August, 2026

**LAGOMARSINO LAW**

*/s/Maria A. Mencos*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Pro Bono Attorneys for Plaintiff Jamal Sneed*

DATED this 6th day of August, 2026

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Victoria C. Corey*
VICTORIA C. COREY, ESQ. (#16364)
KYLE L. HILL, ESQ. (#16094)
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
Telephone: (702) 486-3427
*Attorneys for Defendants Samuel Butler, Theodore Parento, John Henley, Kenneth Williams, and David Fennell*

**IT IS SO ORDERED.**



**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 6, 2026

[2] Should a dispositive motion be filed, this deadline is continued to 30 days following the entry of the court's ruling on a dispositive motion.